IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEON FOY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 99-C-1253-S |
| ) | |
| WARDEN LEONEAL DAVIS and ) | |
| THE ATTORNEY GENERAL FOR ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

FILED 99 DEC 30 PM 2:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
DEC 30 1999

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusion of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

DONE, this 30th day of December, 1999.

U.W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE